IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ADAN RUBIO,** )<br>)<br>**Defendant.** ) | **8:04CR460**<br><br>**ORDER** |

    This matter is before the court on defendant's MOTION TO CONTINUE (#26). Trial is now set for June 21, 2005. The motion alleges some cause for a continuance of the trial date, but defendant has not filed a waiver of speedy trial as required by NECrimR 12.1(a).[1] Accordingly,

    **IT IS ORDERED** that defendant's MOTION TO CONTINUE (#20) is held in abeyance pending compliance with NECrimR 12.1. Defendant shall file the required waiver before the close of business on **June 13, 2005**.

    DATED June 6, 2005.

                                                BY THE COURT:

                                              s/ F.A. Gossett
                                              **United States Magistrate Judge**

---

[1] The rule provides:

(a) **Content of Motion.** Unless excused by the court in individual cases, a motion to continue the trial setting of a criminal case must state facts demonstrating that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, (see 18 U.S.C. § 3161(h)(8)), or that for some other reason, the continuance will not violate the Speedy Trial Act. Unless excused by the court in individual cases, if the defendant is a moving party the motion shall be accompanied by the defendant's affidavit or declaration (see 28 U.S.C. § 1746) stating that defendant:
  (1) Was advised by counsel of the reasons for seeking a continuance;
  (2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.;
  (3) With this understanding and knowledge, agrees to the filing of the motion; and
  (4) Waives the right to a speedy trial.