IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR460 |
| | ) | |
| v. | ) | |
| | ) | |
| ADAN RUBIO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 28 be stricken from the record for the following reason:

- Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 28 from the record. The party is directed to re-file the document by June 10, 2005 with the proper signatures affixed to the waiver.

DATED this 9th day of June, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge