# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CR460** |
| vs. ) | |
| ) | **TRIAL ORDER** |
| **ADAN RUBIO,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's Motion to Continue trial (#26). Defendant has filed a waiver of speedy trial in accordance with NECrimR 12.1. The court believes that the parties have been given ample time to negotiate any plea agreement before the scheduled trial date. Under the circumstances, the court's calendar cannot accommodate the continuation requested.

**DATED June 15, 2005.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**